CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 01 2017

JULIA C. DUDLEY, CLERK
BY: HMcDnad
 DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **KEVIN TERRY DOTSON,** ) | Civil Action No. 7:17-cv-00195 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **POCAHONTAS STATE** ) | | |
| **CORRECTIONAL CENTER,** ) | By: Hon. Jackson L. Kiser | |
| Defendant. ) | Senior United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 1st day of June, 2017.

/s/ Jackson L. Kiser
Senior United States District Judge